## Commonwealth *v.* Paschall, Appellant.

Argued December 13, 1971. *Paul Ribner*, for appellant; *Norris E. Gelman*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant

716

District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.